1  Kye Sik Moon
2  **Correspondence Mailing Location:**
   901 S. Vermont Avenue
3  Los Angeles, California
4
5                    Federal Court
6                    for Kye Sik Moon
                    Central District of California
7
8  Chris Langer                              Case No. 2:16-cv-03123-JAK-AJW
9      Claimant
                                             Administrative Due Process & Actual &
   v.                                        Constructive Notice & Demand for
10
   901 South Vermont, LLC;                   More Definite Statement No. 1.
11
   Kye Sik Moon;                             Return date: 3 days from receipt of NEF.
12
   Does 1-10;                                Certificate of Service.
13
       Respondents
14

15  Dear Mr. Langer, and Mark Potter, in this Common Law Court of Record (Civil Code
16  22.2), by special visitation I say:

17  This is Actual and Constructive Notice and Administrative Due Process. I am demanding
18  a more definite statement from you, as the compliant lacks sufficient facts to ascertain
19  and give a proper answer or defenses, and you have failed to complete administrative due
20  process prior to filing your complaint. Your cooperation in giving me proper details will suffice.

21  Please clarify and conform your complaint to all of the following indicated with the color red
22  within three days receipt, and failure to do so will be your express admission that you have no
23  standing, capacity, and have suffered no damage or injury to continue:

24
25  ¶ 1.   "Plaintiff is a California resident with physical disabilities. He is a paraplegic who cannot
26         walk and who uses a wheelchair for mobility. He has a specially equipped van with a ramp
27         that deploys out the passenger side of his van and he has a Disabled Person Parking Placard
28         issued to him by the State of California."

1   A. Who is plaintiff?

2   B. What is the nature and character of the resident's physical disabilities?

3   C. What is the street address, city and zip code of the plaintiff?

4   D. How did the resident become disabled?

5   E. What is the model, color, year, and license plate registration number of the van?

6   F. What is the number of the disabled parking placard issued by the State?

G. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶2: Unintelligible, please give further facts.

A. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶3: Unintelligible, please give further facts.

A. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶4: "Defendant Kye Sik Moon owned the Korean J BBQ restaurant located at or about 901 S. Vermont Avenue, Los Angeles California, in January 2016."

A. Please furnish evidence or proof of ownership, to establish a proper cause.

B. Please furnish how the property was owned, but is now owned by someone else. This and paragraph 5, make the assertions ambiguous.

C. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your

complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶5: "Defendant Kye Sik Moon owns the Korean J BBQ restuarant located at or about 901 S. Vermont Avenue, Los Angeles, California, currently."

A. Please furnish evidence or proof of ownership, to establish a proper cause.

B. Please furnish how the property is now owned by respondent.

C. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶6: "Plaintiff does not the true names of Defendants, their business capacities, their ownership capacities, their ownership connection to the property and business, or their relative responsibilities in causing the access violations herein complaint of, and alleges a joint venture and common enterprise by all such Defendants. Plaintiff is informed and believes that each of the Defendants herein, including Does 1 through 10, inclusive, is responsible in some capacity for the events herein alleged, or is a necessary party for obtaining appropriate relief..."

A. Since you do not know the true names, this means that your claim is uncertain. The law requires certainty. Please amend your compliant to reflect a respondent you claim damaged you, or caused you harm ?

B. Belief is not a material fact. Please amend your complaint and remove belief.

C. You alleged a joint venture and common enterprise, but failed to define how the joint venture and common enterprise operates. Please include how these assertions relate ?

D. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶7: "This court has subject matter jurisdiction over this action pursuant 28 U.S.C. §1331 and §1343(a)(3) & (a)(4) for violations of the Americans with Disabilities Act of 1990, 42

1 | U.S.C. §12101, et seq."

2

3 | A. Please explain how this court has jurisdiction "not exceeding ten Miles Square" which defines the Powers of Congress at Article I, Section 8, Clause 17 of the Constitution for the United States of America (1789), to enforce laws outside of the "ten Miles Square" in a foreign state, as the alleged Claimant and alleged Respondents habit the Sovereign State of California?

B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

§8: "Pursuant to supplemental jurisdiction, an attendant and related cause of action, arising from the same nucleus of operative facts and arising out of the same transactions, is also brought under California's Unruh Civil Rights Act, which act expressly incorporates the Americans with Disabilities Act."

A. Please explain if the Claimant is a person whose rights and duties are ascribed him, is the person of African/Negro descent, to which Civil Rights were granted under the Civil Rights Act. If the claimant is white, please resolve how the Civil Rights would act applies to him? If the claimant is African/Negro descent, please define how Congress may act, enforce its laws outside of the "ten Miles Square"?

B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

§9: "Venue is proper in this court pursuant 28 U.S.C. 1391(b) and is founded on the fact that the real property which is the subject of this action is located in this district and that Plaintiff's cause of action arose in this district."

A. Please resolve how (real, the King's) property located in the Sovereign State of California is subject to Congress's laws outside the "ten Miles Square", and how the Court is able to act in a foreign country?

B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

1 ¶ 10: "The Plaintiff went to the Restaurant to eat in January 2016."

    A. Please state the date when claimant alleges to have visited the "restaurant."

    B. Please state the name of the "restaurant" which the claimant alleges he visited.

    B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶11: "The Restaurant is a facility open to the public, a place of public accommodation, and a business establishment."

    A. Please state the difference between a public "free" space, and the restaurant being a "private place" and has signs posted on the property which "reserves its right to refuse service to any person" and only to those patrons which the owners provide to selective persons, somehow qualifies as a public "free access, free service" that allows unwelcome persons on the "private property"?

    B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶12: "Parking spaces are one of the facilities, privileges and advantages reserved by defendants to persons at the property serving the restaurant."

    A. Please explain how the persons serving the restaurant some how are directed to the alleged claimant, when the Laws of Congress do not extend beyond the "ten Miles Square"; and the Unruh Act applies only to those persons of African/Negro Descent, and not to those who habit California?

    B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶13: "Unfortunately, although parking spaces were one of the facilities available to patrons of the Restaurant, there was not a single compliant van-accessible handicap parking space available for persons with disabilities that complied with the Americans with

Disability Act Accessability Guidelines in January 2016."

A. Please resolve how private land, in the Sovereign State of California, and, not within the "ten Miles Square" is some how subject Congress's Act (Americans with Disability Act Accessability Guidelines), when there was no cession by California to Congress ?

B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶14: "Instead, there was one parking space reserved for persons with disabilities who only need a 5-foot access aisle. In fact, the parking space measures 96 inches in width and the access aisle measures 60 inches in width. This is not van accessible."

A. Please identify which Federal/State/County or City authority who cited and corroborates the assertion that the property is "not van accessible"; and, not " being complaint with the federal or state law," prior to filing the alleged claim ?

B. Please identify the person who measured the property in January 2016, prior to filing the claim. Was it the claimant, or another ?

C. Did Claimant personally measure the space at the time of the alleged incident?

D. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶15: "Currently, there are no compliant, van accessible parking spaces designed and reserved for persons with disabilities in the parking lot serving the Restaurant."

A. Please identify which Federal/State/County or City authority who cited and corroborates the assertion that the property is "not van accessible"; and, not " being complaint with the federal or state law," prior to filing the alleged claim ?

B. Please furnish evidence that corroborates the assertion ?

C. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses,

likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶16: "Plaintiff alleges, on information and belief, that the property used to have an accessible van-parking space that was marked and reserved for persons with disabilities prior to January 2016."

A. Please identify documents and federal/state/county/city authorities that corroborates the assertion which Claimant bases his claim "on information," "that the property used to have an accessible van-parking space that was marked and reserved for persons with disabilities prior to January 2016" ?

B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶17: "In fact, there is a sign on the wall in front of the parking space marked and reserved for persons with disabilities that says "van accessible."

A. Please furnish evidence of the sign being "on the wall" ?

B. Who observed the "sign on the wall" ?

C. What is the name of the person, residence address and telephone number who witnessed the "sign on the wall"? If you do not furnish this, remove the allegation from the complaint ?

D. What is the date the person named above witnessed the "sign on the wall" ? If you do not furnish this, remove the allegation from the complaint.

E. What direction you allege did you attempt to enter the parking space, from the South or East ?

F. Was there a parking lot attendant, or valet parking attendant, at the location ?

G. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶18. "Plaintiff alleges that the defendants allowed the parking space to get paved over and replaced with smaller access aisle that is not van accessible"

A. Please present proof that defendants allowed the parking space to get paved over and replaced ? If you do not furnish this, remove the allegation from the complaint.

B. Identify and furnish evidence that you complained to the Building and Safety, or Health Deparment, prior to filing the claim. If you do not furnish this, remove the allegation from the complaint ?

C. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶19. "Defendants have no policy or plan in place to make sure that parking spaces reserved for persons with disabilities remain useable."

A. Please furnish evidence that Defendants have no policy ? If you do not furnish this, remove the allegation from the complaint.

B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶20. The plaintiff personally encountered these problems. This inaccessible condition denied the plaintiff full and equal access and caused him difficulty and frustration.

A. Please state the date, time and location where Chris Langer allegedly encountered the alleged problems, specifying the date, time, and location

B. Please state the name of the person who allegedly denied plaintiff full and equal access?

C. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶21. Additionally, and even though plaintiff did not personally confront the barrier, there is a ramp that runs up to the rear entrance. It terminates at the door and there is no landing. The slope exceeds 10%.

    A. Since plaintiff allegedly did not personally confront the barrier, and was not personally denied access, how was plaintiff allegedly damaged?

    B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶22. The restroom mirror is mounted on the wall so that its bottom edge is approximately 53 inches above the floor and is not effectively used by wheelchair users.

    A. Since plaintiff did not personally confront the barriers, and was not personally present, was not denied access, how does Chris Langer know the mirror that was allegedly mounted on the wall, and that the bottom edge allegedly is 53 inches?

    B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶23. As a result of not being able to park at the Restaurant, plaintiff had to go to another Restaurant. Plaintiff was able to successfully eat at a Restaurant nearby.

    A. Since plaintiff did not personally confront the barriers, and never came to the alleged establishment, under the Laws of English Common Law, you must prove how was Chris Langer damaged or harmed, or be held to answer for lying and have a judgment against you?

    B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶24. Plaintiff would like to return and patronize the Restaurant.

    A. When would Chris Langer like to visit the establishment?

    B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you Chris Langer, and Counsel expressly authorizes me to use your names, addresses, likenesses, and to place your signatures on any documents that may be filed by me with the clerk to dismiss/discharge the complaint against me with prejudice.

¶25. Plaintiff visits Los Angeles County on a regular basis. He shops, attends auctions, attends hearings and mediations, he eats, and otherwise patronizes business in the area regularly.

    A. Please furnish evidence that Chris Langer visits Los Angeles on a regular basis, and shops, attends auctions, hearings and mediations, eats, and patronizes businesses in the two years.

    B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you Chris Langer, and Counsel expressly authorizes me to use your names, addresses, likenesses, and to place your signatures on any documents that may be filed by me with the clerk to dismiss/discharge the complaint against me with prejudice.

¶26. Because of the location of the Restaurant, plaintiff would like to return.

    A. See ¶ 24.

    B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you Chris Langer, and Counsel expressly authorizes me to use your names, addresses, likenesses, and to place your signatures on any documents that may be filed by me with the clerk on your behalf to dismiss/discharge the complaint against me with prejudice.

¶27. The defendants have failed to maintain in working and useable conditions those features required to provide ready access to persons with disabilities.

    A. Since plaintiff did not personally confront the barriers, and never came to the alleged establishment, under the Rule and Laws of English Common Law (Civil Code §22.2[1])you must prove how was Chris Langer damaged or harmed, or be held to answer for lying and having a judgment against you?

    B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you Chris Langer, and Counsel expressly authorizes me to use your names, addresses, likenesses, and to place your signatures on any documents that may be filed by me with the clerk on your behalf to dismiss/discharge the complaint against me with prejudice.

¶28. The violations identified above are easily removed without much difficulty or

---

[1] Civil Code §22.2. The common law of England, so far as it is not repugnant to or inconsistent with the Constitution of the United States, or the Constitution or laws of this State, is the rule of decision in all the courts of this State.

1 expense. They are the types of barriers identified by the Department of Justice as presumably readily achievable to remove and, in fact, these barriers are readily achievable to remove. Moreover, there are numerous alternative accommodations that could be made to provide a greater level of access if complete removal were not achievable.

A. Since plaintiff did not personally confront the barriers, and never came to the alleged establishment, how was Chris Langer damaged or harmed ?

B. Please furnish an estimate to remove the alleged barriers.

C. Please furnish the name, address and telephone number of the person willing to pay for removal of the alleged barriers?

C. What are the alleged barriers preventing access?

D. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶29. Plaintiff is and has been deterred from returning and patronizing the Restaurant because of his knowledge of the illegal barriers that exist. Plaintiff will, nonetheless, return to the business to assess ongoing compliance with the ADA and will return to patronize the Restaurant as a customer once the barriers are removed.

A. Since plaintiff has confirmed that he did not personally confront the alleged barriers, and never came to the establishment, on what basis does Chris Langer have knowledge that there are alleged barriers,

B. Please furnish evidence that Chris Langer is an Certified Federal/State/County/City Building Inspector, that has the necessary qualifications to determine if the establishment is not in compliance.

C. Please furnish the warrant, or order from a court of record, mandating the requested changes be made compliant with ADA ?

D. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

¶30. Given the obvious and blatant violation, the plaintiff alleges, on information and belief, that there are other violations and barriers on the site that relate to his disability. Plaintiff will amend the complaint, to provide proper notice regarding the scope of this lawsuit, once he conducts a site inspection. However, please be on notice that the plaintiff seeks to have all barriers related to his disability remedied. See *Doran v. 7-11*, 524 F.3d 1034 (9th Cir. 2008) (holding that once a plaintiff encounters one barrier at a site, he can sue to have all barriers that relate to his disability removed regardless of whether he personally encountered them).

A. Since plaintiff did not personally confront the barriers, and never came to the alleged establishment, under the Rule and Laws of English Common Law (Civil Code §22.2[2])you must prove how was Chris Langer damaged or harmed, or be held to answer for lying and having a judgment against you?

B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

31. Additionally, on information and belief, the plaintiff alleges that the failure to remove these barriers was intentional because: (1) these particular barriers are intuitive and obvious; (2) the defendants exercised control and dominion over the conditions at this location and, therefore, the lack of accessible facilities was not an "accident" because had the defendants intended any other configuration, they had the means and ability to make the change.

A. Since plaintiff did not personally confront the barriers, and never came to the alleged establishment, under the Rule and Laws of English Common Law (Civil Code §22.2[3])you must prove how was Chris Langer damaged or harmed, or be held to answer for lying and having a judgment against you?

B. Since the establishment, and owner are not part of your society, explain how the Statutes apply, since the undersigned is not a person ?

D. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your

---

[2]Civil Code §22.2. The common law of England, so far as it is not repugnant to or inconsistent with the Constitution of the United States, or the Constitution or laws of this State, is the rule of decision in all the courts of this State.

[3]Civil Code §22.2. The common law of England, so far as it is not repugnant to or inconsistent with the Constitution of the United States, or the Constitution or laws of this State, is the rule of decision in all the courts of this State.

complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

Re. First Cause of Action.

A. I do not understand how this applies to me, my establishment, Please explain, as Congress has no power outside of its ten square miles.

B. Since plaintiff did not personally confront the barriers, and never came to the alleged establishment, under the Rule and Laws of English Common Law (Civil Code §22.2[4])you must prove how was Chris Langer damaged or harmed, or be held to answer for lying and having a judgment against you?

C. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

Re. Second Cause of Action.

A. Since plaintiff did not personally confront the barriers, and never came to the alleged establishment, under the Rule and Laws of English Common Law (Civil Code §22.2[5])you must prove how was Chris Langer damaged or harmed, or be held to answer for lying and having a judgment against you?

B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

Re. Prayer.

A. Since plaintiff did not personally confront the barriers, and never came to the alleged

---

[4]Civil Code §22.2. The common law of England, so far as it is not repugnant to or inconsistent with the Constitution of the United States, or the Constitution or laws of this State, is the rule of decision in all the courts of this State.

[5]Civil Code §22.2. The common law of England, so far as it is not repugnant to or inconsistent with the Constitution of the United States, or the Constitution or laws of this State, is the rule of decision in all the courts of this State.

1  establishment, under the Rule and Laws of English Common Law (Civil Code §22.2[6])you must prove how was Chris Langer damaged or harmed, or be held to answer for lying and having a judgment against you?

B. If you amend your complaint, furnishing the requested information would help the undersigned to answer the complaint. If you can not answer the questions, please strike this particular allegation from your complaint within three days, as its basis tends to be based on hearsay, frivolous, impertinent, and inflammatory. If you fail to strike or amend your complaint within three days, you expressly authorize me to use your names, addresses, likeness, and to place your signatures on documents that must dismiss/discharge the complaint against me with prejudice.

C. If you fail to comply with the above demands, within three days, you expressly agree to a judgment being signed by me, against you individually and your attorney, individually, jointly and severally and for costs ($4,000.00), attorney/like attorney fees ($5,000.00), Treble damages ($16,000.00), at ten percentum per anum, compounded daily. You must respond to me at the address above.

**Certificate of Service**

I, me, hereby certify that I served this document on the following persons by NEF, and Electronic Filing. If the clerk has failed to give notice by NEF same day as filed, it is an express waiver of time by the clerk of court.

Chris Langer &
Mark Potter c/o
Center for Disability Access
9845 Erma Road, Suite 300
San Diego, CA 92131
Mark@PotterHandy.com

This 24th day of May A.D. 2016.

/s/
Kye S. Moon.

---

[6]Civil Code §22.2. The common law of England, so far as it is not repugnant to or inconsistent with the Constitution of the United States, or the Constitution or laws of this State, is the rule of decision in all the courts of this State.

-14-