Kye Sik Moon
901 S. Vermont Ave
Los Angeles, CA 90006



FILED
2016 JUN -7 PM 12: 20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Chris Langer,

    Plaintiff

v.

901 South Vermont, LLC, a California Limited Liability Company;
Kye Sik Moon; and Does 1-10,

    Defendants.

Case No. 2:16-cv-03123-JAK-AJW

**Plaintiff's Notice of Voluntary Dismissal of Kye Sik Moon, with prejudice.**

Certificate of Service.

A complaint was filed on 5/06/2016, entitled Chris Langer v. 901 South Vermont, LLC; Kye Sik Moon, which was assigned case no. 2:16-cv-03123-JAK-AJW.

Kye Sik Moon, was named a defendant in the case. None of the claims associated with the case involve California's Unruh Civil Rights Act, which act expressly incorporates the Americans with Disabilities Act; Venue is improper, Jurisdiction lacking, because Kye Sik Moon is not within the district (10 miles square–U.S. Constitution, Article I, Section 8, Clause 17) because the court is not within the ten square miles, and California never ceded territory to the United States; and Plaintiff has no claim against him.

On May 31, 2016, Kye Sik Moon, sent Plaintiff several challenges. Plaintiff and counsel expressly agreed under the terms of the challenge that if we did not respond and amend our complaint within three days, since we failed to give administrative due process prior to filing Plaintiff's case, that we had no case, the federal court had no jurisdiction, and no personal jurisdiction over the matters.

NOTICE IS GIVEN that Plaintiffs case against Kye Sik Moon is dismissed/discharged with prejudice pursuant FRCP, Rule 41(a)(1)(i). Plaintiff's case against 901 S. Vermont LLC remains open.

Dated: June 6, 2016.          CENTER FOR DISABILITY ACCESS

By: _____
Kye Sik Moon, under express agreement by Mark Potter, Esq. for Plaintiff.

—Certificate of Service—

I Kye Sik Moon certify on behalf of Chris Langer, Mark Potter that I have served a copy of this Notice of Voluntary Dismissal on the Defendant KYE SIK MOON, at 901 S. Vermont, Los Angeles, by personal delivery

The other parties will be served electronically by the Clerk of the Court via NOTICE OF ELECTRONIC FILING, the same day filed.

_____   06/07/2016

Kye Sik Moon.