| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister, Jr., Esq., SBN 111282<br>Mark Potter, Esq., SBN 166317 |
| 3 | Phyl Grace, Esq., SBN 171771<br>Dennis Price, SBN 279082 |
| 4 | <u>Mail</u>: PO Box 262490<br>San Diego, CA 92196-2490 |
| 5 | <u>Delivery</u>: 9845 Erma Road, Suite 300<br>San Diego, CA 92131 |
| 6 | (858) 375-7385; (888) 422-5191 fax<br>PhylG@potterhandy.com |

Attorneys for Plaintiff CHRIS LANGER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　Plaintiff,<br><br>v.<br><br>901 SOUTH VERMONT, LLC, a California Limited Liability Company;<br>KYE SIK MOON; and Does 1-10,<br><br>　　　Defendants. | Case No. 2:16-CV-03123-JAK-AJW<br><br>**REQUEST FOR ENTRY OF DEFAULT (AS TO KYE SIK MOON ONLY)** |

TO:　THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff CHRIS LANGER ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant KYE SIK MOON ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on the Defendant KYE SIK MOON on May 18, 2016 evidenced by the proof of service of summons on file with this Court.

Request for Entry of Default

1  Dated: June 23, 2016           CENTER FOR DISABILITY ACCESS

              By: /s/ Phyl Grace
                  Phyl Grace
                  Attorneys for Plaintiff