CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
PhylGpotterhandy.com

Attorneys for Plaintiff CHRIS LANGER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | Case No. 2:16-CV-03123-JAK-AJW |
| Plaintiff, | **DECLARATION OF PHYL GRACE RE REQUEST FOR ENTRY OF DEFAULT (AS TO KYE SIK MOON ONLY)** |
| v. | |
| 901 SOUTH VERMONT, LLC, a California Limited Liability Company; KYE SIK MOON; and Does 1-10, | |
| Defendants. | |

**1.** I, the undersigned, am an attorney licensed to practice law by the State Bar of California and admitted to the Central District of California. I am one of the attorneys of record for the Plaintiff Chris Langer, and, in that capacity, I am familiar with this matter.

**2.** We have received no answer or other responsive pleading to the Complaint that was served on Defendant Kye Sik Moon on May 18, 2016.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Declaration of Phyl Grace

1    Dated: June 23, 2016            CENTER FOR DISABILITY ACCESS

2

3                                    By: /s/ Phyl Grace
                                        Phyl Grace
4                                       Attorneys for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Phyl Grace