# PROOF OF SERVICE

**LANGER V. 901 SOUTH VERMONT, LLC**
**2:16-CV-03123-JAK-AJW**

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, CA 92131.

On June 23, 2016 I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT (AS TO KYE SIK MOON ONLY); DECLARATION OF PHYL GRACE**

Address
Kye Sik Moon
901 S. Vermont Ave.
Los Angeles, CA 90006 ed to:

- ☑ <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
- ☐ <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ <u>BY OVERNITE EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
- ☐ <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
- ☑ <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via the United States District Court, Central District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on June 23, 2016, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Claire Cylkowski

PROOF OF SERVICE