Case: 2:16cv3123  Doc: 53

Kye Sik Moon
901 S. Vermont Ave.
Los Angeles, CA 90006

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<22665384@cacd.uscourts.gov>Subject:Activity in Case 2:16-cv-03123-JAK-AJW Chris Langer v. 901 South Vermont, LLC et al Generic Text Only Entry Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 12/9/2016 at 8:27 AM PST and filed on 12/9/2016

| | |
|---|---|
| **Case Name:** | Chris Langer v. 901 South Vermont, LLC et al |
| **Case Number:** | 2:16-cv-03123-JAK-AJW |
| **Filer:** | |
| **Document Number:** | 53 |

**Docket Text:**
**(IN CHAMBERS) ORDER NOTIFYING PARTIES OF CHANGE OF ADDRESS FOR COURT by Judge John A. Kronstadt: Effective December 19, 2016, Judge Kronstadt will relocate to the 1st Street Courthouse. His new address is 350 W. 1st Street, Courtroom 10B, Los Angeles, California 90012. All mandatory chambers copies shall be hand delivered to the mailbox for this Court outside the Clerk's Office, which is located on the 4th floor of the 1st Street Courthouse. The location for filing civil documents in paper format exempted from electronic filing and for viewing case files and other records services remains at the United States Courthouse, 312 North Spring Street, Room G-8, Los Angeles, California 90012. The location for filing criminal documents in paper format exempted from electronic filing remains at Edward R. Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Room 178, Los Angeles, California 90012. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rrp) TEXT ONLY ENTRY**

**2:16-cv-03123-JAK-AJW Notice has been electronically mailed to:**
Raymond George Ballister   sts@potterhandy.com, rayballister@potterhandy.com, wesleyc@potterhandy.com
Brian Alan Dan Angelini   baangelini@yahoo.com, bangelini@angelatlaw.com
Dennis Jay Price   dennisp@potterhandy.com, wesleyc@potterhandy.com
Phyl Grace   phylg@potterhandy.com, sts@potterhandy.com, wesleyc@potterhandy.com
Mark D Potter   mark@potterhandy.com, sts@potterhandy.com, wesleyc@potterhandy.com, russ@potterhandy.com
**2:16-cv-03123-JAK-AJW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Kye Sik Moon

901 S. Vermont Ave.
Los Angeles CA 90006
US

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

---

**OFFICIAL BUSINESS**

Address is to A
Shopping Center —
NO Space Number

CLERK, U.S. DISTRICT COURT
DEC 1 9 2016

" Return to sender "

JAK

" Return to sender "

