Name, Address and Telephone Number of Attorney(s):
Carleton R. Burch (SBN 130701)          [5983-008]
Anderson, McPharlin & Conners LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, CA  90017
(213) 688-0080

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Chris Langer

Plaintiff(s)

v.

901 South Vermont, LLC, et al.

Defendant(s).

CASE NUMBER
2:16-cv-03123-JAK-AJW

**MEDIATION REPORT**

*Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1.  ☐ A mediation was held on (date): _____

    ☒ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☐ Appeared as required by Civil L.R. 16-15.5(b).
    ☐ Did not appear as required by Civil L.R. 16-15.5(b).

        ☐ Plaintiff or plaintiff's representative failed to appear.
        ☐ Defendant or defendant's representative failed to appear.
        ☐ Other:

3.  Did the case settle?

        ☐ Yes, fully, on _____ (date).
        ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
        ☐ Yes, partially, and further facilitated discussions are **not** expected.
        ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
        ☐ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?

    _____

Dated: February 3, 2017 _____

/s/ Carleton R. Burch _____
Signature of Mediator
Carleton R. Burch _____
Name of Mediator (print)

The Mediator is to electronically file original document.

ADR-03 (01/14)                    **MEDIATION REPORT**                    Page 1 of 1

American LegalNet, Inc.
www.FormsWorkFlow.com