CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

RICHARD DAGGENHURST (SBN: 226572)
richard@daggenhurstlaw.com
MELISSA M. HERNANDEZ (SBN: 289773)
FELMAN DAGGENHURST & EL DABE
13743 Ventura Blvd, Ste. 350
Sherman Oaks CA 91423
Telephone: (818) 728-7920
Facsimile: (818) 728-7929
Attorneys for Defendant
901 South Vermont, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, <br><br> Plaintiff, <br><br> v. <br><br> 901 SOUTH VERMONT, LLC, a California Limited Liability Company; KYE SIK MOON; and Does 1-10, <br><br> Defendants. | Case No.: 2:16-CV-03123-JAK-AJW <br><br> **JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: February 7, 2017                    CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated:      February 7, 2017               FELMAN DAGGENHURST & EL DABE

By:/s/RichardDaggenhunrst_____

    Richard Daggenhurst
    Melissa M. Hernandez
    Attorneys for Defendant
    901 South Vermont, LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Richard Daggenhurst, counsel for 901 South Vermont, LLC, and that I have obtained Mr. Daggenhurst's authorization to affix his electronic signature to this document.

Dated: February 7, 2017        CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorney for Plaintiff