## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>901 SOUTH VERMONT, LLC, a California Limited Liability Company; KYE SIK MOON; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:16-CV-03123-JAK-AJW<br><br>**ORDER** |

### **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for _____ at ____ am pm at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: _____　　　_____
　　　　　　　　　　　　　　HONORABLE JOHN A. KRONSTADT
　　　　　　　　　　　　　　United States District Court Judge