CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

RICHARD DAGGENHURST (SBN: 226572)
richard@daggenhurstlaw.com
MELISSA M. HERNANDEZ (SBN: 289773)
FELMAN DAGGENHURST & EL DABE
13743 Ventura Blvd, Ste. 350
Sherman Oaks CA 91423
Telephone: (818) 728-7920
Facsimile: (818) 728-7929
Attorneys for Defendant
901 South Vermont, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>901 SOUTH VERMONT, LLC, a California Limited Liability Company;<br>KYE SIK MOON; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:16-CV-03123-JAK-AJW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) FOR DEFENDANT 901 SOUTH VERMONT, LLC ONLY** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties, that only Defendant 901 South Vermont, LLC may be dismissed with prejudice; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as a result of settlement of this action.

Dated: May 8, 2017   CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: May 8, 2017   FELMAN DAGGENHURST & EL DABE

By: /s/ Richard Daggenhurst
    Richard Daggenhurst
    Melissa M. Hernandez
    Attorneys for Defendant
    901 South Vermont, LLC

# **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Richard Daggenhurst, counsel for 901 South Vermont, LLC, and that I have obtained Mr. Daggenhurst's authorization to affix his electronic signature to this document.

Dated: May 8, 2017            CENTER FOR DISABILITY ACCESS

                                 By: /s/ Phyl Grace
                                     Phyl Grace
                                     Attorneys for Plaintiff