UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br>v.<br><br>901 SOUTH VERMONT, LLC, a California Limited Liability Company;<br>KYESIK MOON; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:16-CV-03123-JAK-AJW<br><br>**ORDER OF DISMISSAL FOR DEFENDANT 901 SOUTH VERMONT, LLC ONLY** |

**<u>ORDER</u>**

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), defendant 901 SOUTH VERMONT, LLC, a California Limited Liability Company is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____　　　_____
　　　　　　　　　　　　HONORABLE JOHN A. KRONSTADT
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE