UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>v.<br><br>901 SOUTH VERMONT, LLC, a California Limited Liability Company; KYESIK MOON; and Does 1-10,<br><br>    Defendants. | Case: 2:16-CV-03123-JAK-AJW<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT 901 SOUTH VERMONT, LLC ONLY** |

### **ORDER**

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), defendant 901 SOUTH VERMONT, LLC, a California Limited Liability Company is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: May 8, 2017

*/s/ John A. Kronstadt*

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1